**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| JOHN CORDES, individually and on behalf of all others similarly situated,<br><br>v.<br><br>ENERGAGE, LLC | **Case No. 2:21-cv-02641-CMR**<br>FLSA Collective Action<br>FED. R. CIV. P. 23 Class Action<br><br>Judge Cynthia M. Rufe |

**PLAINTIFF'S RENEWED, UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

The Parties have reached a Settlement Agreement in this wage-and-hour class and collective action under the FLSA and applicable state law. Plaintiff John Cordes seeks Court approval of the settlement, as more fully set forth in the attached memorandum.

The Settlement Agreement reached by the Parties represents a compromise of this litigation that will provide meaningful relief to Cordes, the opt-in collective, and all potential class members.

Cordes previously sought approval of the settlement reached by the Parties. The Court denied the motion for preliminary approval, directing the Parties to correct the settlement structure with respect to the Rule 23 and FLSA claims, submit a proposed formula or allocation for the Court's review, and revise the settlement notices to reflect these changes and the putative class and collective members' rights under the law. ECF No. 38. The Parties have reformed the settlement agreement and notice in accordance with the Court's instructions.

In light of these adjustments, Cordes now requests an order: (1) preliminarily approving the proposed settlement; (2) certifying the proposed settlement class; (3) approving the form and manner of giving notice to the proposed class; and (4) scheduling a hearing

before the Court to determine whether the proposed settlement, including attorneys' fees, expenses, and service awards, should be given final approval.

        Respectfully submitted,

        */s/ Matthew S. Parmet*
By: _____
    **Matthew S. Parmet**
    Texas Bar # 24069719
    (*admitted pro hac vice*)
**PARMET PC**
3 Riverway, Ste. 1910
Houston, Texas 77056
phone  713 999 5228
matt@parmet.law

**James E. Goodley (PA 315331)**
**Ryan P. McCarthy (PA 323125)**
**GOODLEY MCCARTHY LLC**
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 394-0541
james@gmlaborlaw.com

**Attorneys for Plaintiff**

### CERTIFICATE OF CONFERENCE

    Prior to filing this Motion, I conferred with Energage's counsel, who confirmed that Energage is unopposed to the relief sought herein.

        */s/ Matthew S. Parmet*
        _____
        Matthew S. Parmet