UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| JOHN CORDES, individually and on behalf of all others similarly situated,<br><br>v.<br><br>ENERGAGE, LLC | **Case No. 2:21-cv-02641-CMR**<br>FLSA Collective Action<br>Fed. R. Civ. P. 23 Class Action<br><br>Judge Cynthia M. Rufe |

**PLAINTIFF'S UNOPPOSED MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

The Parties have reached a Settlement Agreement in this wage-and-hour class and collective action under the FLSA and applicable state law. Plaintiff John Cordes seeks Court approval of the settlement, as more fully set forth in the attached memorandum.

The Settlement Agreement reached by the Parties represents a compromise of this litigation that will provide meaningful relief to Cordes, the opt-in collective, and all potential class members.

The settlement is overwhelmingly supported by the class. After the full notice period, not a single individual excluded themselves or objected to the settlement.

For these reasons, as more fully addressed in Cordes's brief and supported by the evidence, the Court should enter an order finally approving this settlement.

Respectfully submitted,

By: ___/s/ Matthew S. Parmet___
**Matthew S. Parmet**
PA Bar # 331609
**Parmet PC**
2 Greenway Plaza, Ste. 250
Houston, Texas 77046
phone 713 999 5228
matt@parmet.law

>James E. Goodley (PA 315331)
>Ryan P. McCarthy (PA 323125)
>GOODLEY MCCARTHY LLC
>1650 Market Street, Suite 3600
>Philadelphia, PA 19103
>Telephone: (215) 394-0541
>james@gmlaborlaw.com
>
>**Attorneys for Plaintiff**

**CERTIFICATE OF CONFERENCE**

  Prior to filing this Motion, I conferred with Energage's counsel, who confirmed that Energage is unopposed to the relief sought herein.

>*/s/ Matthew S. Parmet*
>_____
>Matthew S. Parmet